UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

PRO SE PRISONER CIVIL RIGHTS
COMPLAINT

Use this form to make corrections to your complaint. For example, you may need to change the list of defendants to include a person whose name you did not know at the time you filed your lawsuit. If you are amending your complaint after the Court has issued a Section 1915A Ruling and Order, make sure that you do not include any claims or defendants that the Court has dismissed.

CASE NO. 3:18cv406(VLB)

PLAINTIFF(S) [Write the name(s) of the person(s) complaining]

Randall Peacock
_____
_____
_____
_____
_____

vs.

DEFENDANT(S) [Write the name(s) of all person(s) you are suing. If you do not know a name, write "John Doe" or "Jane Doe." Include the defendant's rank or title and place of employment if you know it.]

Dannel Malloy
Nancy Wyman
~~George Jepsen~~
Kevin T. Kane
~~Scott Semple~~
Joseph Haggan
~~Carlton J. Giles~~
Frank Mirto

Rev. 4-12-2013

C.    **DEFENDANT(S)** (THE PERSON(S) WHOSE ACTIONS YOU ARE COMPLAINING ABOUT)

Do not include any defendants who the Court has already dismissed from your case.

1.    First Defendant

    a.    Full Name: Dannel Malloy

    b.    Rank or Title: Govenor State of Connecticut

    c.    Workplace:State Capitol,Rm.200 Hartford,CT 06406

2.    Second Defendant

    a.    Full Name: Nancy Wyman

    b.    Rank or Title: Ltt Govenor State of Connecticut

    c.    Workplace:State Capitol,Rm.304 Hartford,CT 06106

3.    Third Defendant

    a.    Full Name: George Jepsen

    b.    Rank or Title: Attorney General

    c.    Workplace:55 Elm Street, Hartford, CT 06106

4.    Fourth Defendant

    a.    Full Name: Kevin T. Kane

    b.    Rank or Title: Chief States Attorney

    c.    Workplace:300 Corporate Place, Rocky Hill,CT 06067

5.    Fifth Defendant

    a.    Full Name: Scott Semple

    b.    Rank or Title: D.O.C. Commishioner

    c.    Workplace:24 Wolcott Hill Rd, Wethersfield, CT 06109

6.    Sixth Defendant

    a.    Full Name: Joseph haggan

    b.    Rank or Title:Director Parole,Community service

    c.    Workplace:300 Sheldon St, Hartford,CT 06106

Rev. 4-12-2013                    3

7. Seventh Defendant.

   a. Full Name: Carleton J. Giles
   b. Rank or Title: Board of Pardons & Parole Chairman
   c. Workplace:55 West Main St. Suite 520 Waterbey,CT 06702


8. Eighth Defendant.

   a. Full Name: Frank Mirto

   b. Rank or Title: Special Management Unit Parole Officer

   c. Workplace: 300 Sheldon St. Hartford,CT 06106

**Now describe your claims.**

Statement of Case     ( SEE ATTACHED)

1.


2.


3.


4.


5.


6.


7.


8.


9.


10.


**If you need more space, attach additional pages, but be as brief as possible.**

Rev. 4-12-2013                    7

F.      REQUEST FOR RELIEF  *(SEE ATTACHED)*

Tell the court what kind of relief you want. **Remember:** (1) You can only get money damages for mental or emotional injury if you were also physically injured; (2) Money damages may be reduced to pay restitution to victims of your crime and fees for a court-appointed attorney, if you had one; (3) You cannot use a Section 1983 or *Bivens* action to request release from custody, a reduction in your sentence, or a restoration of good time credits. For any of these, you must pursue a Writ of Habeas Corpus.

_____

_____

_____

G.      Do you wish to have a jury trial? Yes  √      No_____

H.      DECLARATION UNDER PENALTY OF PERJURY

Warning: **You must sign this or your complaint will not be filed.**

By signing this complaint, I certify under penalty of perjury that the information contained in this complaint is true and accurate to the best of my knowledge.  I understand that if I lie in this complaint, I may be prosecuted for perjury, and punished with as much as five (5) years in prison and/or a fine of $250,000.  See 18 U.S.C. Sections 1621, 3571.

Signature: *Randall Peacock*

Signed at *Brooklyn C.I*       on *March 5, 2018*
            (Location)                     (Date)

If there are additional plaintiffs, attach another page with the name and signature of each plaintiff on it. **The complaint cannot be filed without a signature from each plaintiff.**

Rev. 4-12-2013                    8

## Statement of Case

1a.    I am filing this Federal Lawsuit to challenge the legality of Connecticuts use of Special Parole as an additional punishment seperately for certain offenders after they have completed a period of incarceration / Parole.

1b.    Connecticuts Special Parole is in clear violation to the United States Constitutions Ammendmants Article V which states "... Nor shall any person be subject to the same offense to be twice put in Jeopardy of life or limb ..."

1c.    On June 18th, 2013 the defendant was sentenced to 12 years to serve 10 years Special Parole on count one of 53-21(a) and 12 years to serve 10 years of Special Parole to follow on count two of 53-21(a) to be served concurrently which was found to be Illegal because the statute for a class "B" felony is 20 years.

1d.    On Deember 26th, 2013 my original Sentence was vacated and I was sentenced to 6 years to serve on one count of 53-21(a) and 6 years to serve followed by 10 years of Special Parole on count Two to be served _____ _____

1e. The Connecticut Legislature created the concept of "Special parole" as a new sentencing option in 1998 by enacting Connecticut General Statute 54-125e (see public acts 1998, no 98-234 § 3).

1f.    In State v. Boyd (no. 17192 Dec. 21, 2004) The Connecticut Supreme Court ruled "... The text of 54-125e demonstrates that the legislature clearly intended for the period of Special Parole to be distinct from the definite prison sentence not included in it. The statute applies to any defendant who receives a definite sentence of more than Two years <u>followed</u> by a period of Special Parole ..."
    The court concluded by stating "... Accordingly we conclude that the term of "definite sentence" does not include the period of Special Parole ..."

1

1g.    Connecticut General Statute Sec. 54-125e states in relevant part "Any person convicted of a crime committed on or after October 1, 1998, who received a definite sentence of more than Two years <u>followed</u> by a period of Special Parole shall automatically be transferred to the jurisdiction to the chairperson at the Board of Pardons and Parole ... The Department of Corrections shall be responsible for the supervision of any person transferred to the jurisdiction of the chairperson of the Board of Pardons & Parole under this section during persons period of Special

1h.     Any person on parole or Special
Parole under supervision of the Conn-
ecticut Department of Corrections is
designated a "Level 1" inmate by the
D.O.C. (The CT. D.O.C. designates inmates
to an overall risk level of 1-5 depend-
ing on several factors.)
     The fact that Speial Parole in
Connecticut <u>follows</u> a defendants def-
inite sentence and that the defendant
is now a level 1 inmate under the
supervision of the Connecticut Depart-
ment of Corrections proves that Conn-
ecticuts Special Parole is a seperate
second sentence and is illegal under
the fifth Ammendmant of the United
States Constitution.

1i     In State v. Boyd the court is
quoted as stating "... The discussion
surrounding Special Parole in 54-125e
indicates it was intended to operate
as a sentencing option in cases where
the Judge wanted additional super-
vision of a defendant after the com-
pletion of his or her prison sentence..."
     Unlike probation however, De-
fendants on Special Parole are des-
ignated inmates under supervision
of the CT. Dept. of corrections.

1J     In the State of Connecticut
any individual whether Male or
Female that is placed on a period
of "Special Parole" ...

away from them which also makes "Special Parole" Illegal under the 14th Ammendmaht of the United States Constitution.

1k    With probation if you violate they have to get a warrant and give you a bond with "Special parole" they can just yank you off the street or out of your house for a Technical violation and bring you straight back to jail with no due Process at all no arrest, no bond and whenever they feel like it you will get a hearing.

1l    "Michael Mullen, the chairman of the Connecticut Board of Parole testified before the Judiciary committee and described "Special Parole" as a "Sentencing Option which ensures intense supervision of Convicted felons after their released to the comunity and allows the imposistion of parole stipulations on the released inmate to insure their sucessful incremental re-entry into Society or if they do violate their stipulations, speedy re-incarceration before they commit another crime."

1m    Our Veterans fought and Died to protect our Freedoms and Rights and it looks like Connecticut is nothing but a "Police State" when a

State feels that they can violate an individuals due process with a program like "Special Parole" which is Illegal under the United States Constitution when they beleive they can do whatever they want violating citizens rights and not listening to what the higher courts have to say and beleive that no one can touch them this is definitely a Travesty of Justice.

This program of "Special Parole" has been Illegal since the day it was created in "1998" when are the injustices going to stop and why is Connecticut the only state that still has this program?

## Releif

The Defendant is therefore asking the Court for releif in the following manner:

2a    The Defendant would like the court to vacate his sentence of 10 years Special Parole

2b    After 10 years Special Parole gets vacated the state court not be allowed to add any other form of supervision.

2C.  Determine that Connecticut Special Parole is Illegal and unconstitutional and therefore the practice must end immediately.

2d.      The Defendant also requests that there be zero retaliation by the Dept. of Corrections, The Judicial Branch and the Board of Pardons and parole.
      Defendant is in a vulnerable position being incarcerated and asks that a no transfer order be implemented as part of relief also.


## Damages


3a.      The Defendant is requesting in damages the amount of one million dollars for the pain and suffering of having to sit in prison for 6 years under an Illegal sentence and for having the Illegal Sentence of "Special Parole" given to me and finally for all these people named in this lawsuit for violating my civil and Constitutional rights.



                         Respectfully Submitted

                         Randall Peacock
                         Defendant